# EXHIBIT B

# U.S. District Court
## Alabama Middle District (Montgomery)
## CIVIL DOCKET FOR CASE #: 2:17-cv-00396-ECM-GMB

Jarvis v. Taylor et al  
Assigned to: Honorable Judge Emily C. Marks  
Referred to: Honorable Judge Gray M. Borden  
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 06/19/2017  
Jury Demand: Defendant  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**Christopher Jarvis**  represented by  **Jamie Richards Whitney**  
Richards Whitney PC  
1320 Arrow Point Dr Bldg 5 - Ste 501  
Cedar Park, TX 78613  
512-565-8528  
Email: jwhitney@richardswhitneylaw.com  
*TERMINATED: 09/07/2017*  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Kevin Terrazas**  
Cleveland Terrazas PLLC  
4611 Bee Cave Road - Ste 306B  
Austin, TX 78746  
512-680-3257  
Email: kterrazas@clevelandterrazas.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Marcus Monte' Maples**  
Baker Donelson Bearman Caldwell & Berkowitz, PC  
420 20th Street North; Suite 1400 Wells Fargo Tower  
Birmingham, AL 35203  
205-328-0480  
Fax: 205-322-8007  
Email: mmaples@bakerdonelson.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Timothy Alan Cleveland**  
Cleveland Terrazas PLLC  
4611 Bee Cave Rd - Ste 306B  
Austin, TX 78746  
512-689-8698  
Email: tcleveland@clevelandterrazas.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

T. Britt Taylor      represented by **Leslie Hopkins Pitman**
Gilpin Givhan PC
2660 EastChase Lane - Ste 300
P O Drawer 4540 (36103)
Montgomery, AL 36103
334-244-1111
Fax: 334-244-1969
Email: lpitman@gilpingivhan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Royal C Dumas**
Gilpin Givhan, P.C.
2660 Eastchase lane
Suite 300
Montgomery, AL 36117
334-244-1111
Fax: 33-244-1969
Email: rdumas@gilpingivhan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Norman Chandler      represented by **Leslie Hopkins Pitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Royal C Dumas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

James R. Johnson      represented by **Leslie Hopkins Pitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Royal C Dumas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Taylor Chandler, LLC      represented by **Leslie Hopkins Pitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                       as
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Master Corporation CIC**   represented by   **Charles Richard Hill , Jr.**
Capell & Howard, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, AL 36102-2069
334-241-8043
Fax: 334-241-8243
Email: crh@chlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Taylor Chandler, LLC**   represented by   **Leslie Hopkins Pitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                     **Royal C Dumas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**James R. Johnson**   represented by   **Leslie Hopkins Pitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                     **Royal C Dumas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Norman Chandler**   represented by   **Leslie Hopkins Pitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                     **Royal C Dumas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**T. Britt Taylor**   represented by   **Leslie Hopkins Pitman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Royal C Dumas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Christopher Jarvis** represented by **Jamie Richards Whitney**
(See above for address)
*TERMINATED: 09/07/2017*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Terrazas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marcus Monte' Maples**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Alan Cleveland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Norman Chandler** represented by **Leslie Hopkins Pitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Royal C Dumas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**T. Britt Taylor** represented by **Leslie Hopkins Pitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Royal C Dumas**
(See above for address)

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** |  |
| **Taylor Chandler, LLC** | represented by **Leslie Hopkins Pitman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Royal C Dumas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** |  |
| **James R. Johnson** | represented by **Leslie Hopkins Pitman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Royal C Dumas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

| **Counter Defendant** |  |
|---|---|
| **Christopher Jarvis** | represented by **Jamie Richards Whitney**<br>(See above for address)<br>*TERMINATED: 09/07/2017*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Kevin Terrazas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Marcus Monte' Maples**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Timothy Alan Cleveland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2017 | 1 | COMPLAINT against Norman Chandler, James R. Johnson, T. Britt Taylor, Taylor |

| | | |
|---|---|---|
| | | Chandler, LLC ( Filing fee $ 400.00 receipt number 4602045761.), filed by Christopher Jarvis. (Attachments: # 1 Exhibit A, Membership Interest Purchase Agreement, # 2 Exhibit B, Promissory Note, # 3 Exhibit C, Restrictive Covenants Agreement, # 4 Exhibit D, Employment Agreement, # 5 Filing Fee Receipt)(dmn, ) (Entered: 06/21/2017) |
| 06/19/2017 | 2 | Motion for Jamie Richards Whitney to Appear Pro Hac Vice ( Filing fee $ 50.00 receipt number 4602045762.) by Christopher Jarvis. (Attachments: # 1 Certificate of Good Standing, # 2 Pro Hac Vice Filing Fee Receipt)(dmn, ) (Entered: 06/21/2017) |
| 06/27/2017 | 3 | **TEXT ORDER granting 2 Motion for Jamie Richards Whitney to Appear Pro Hac Vice. Signed by Chief Judge William Keith Watkins on 6/27/2017. (dmn, ) (NO PDF)** (Entered: 06/27/2017) |
| 06/29/2017 | 4 | **(VACATED PURSUANT TO THE COURT'S TEXT ORDER (DOC. 36)) ORDER REASSIGNING and REFERRING CASE to Magistrate Judge Honorable Judge David A. Baker for consideration and disposition or recommendation on all pretrial matters as may be appropriate. Signed by Chief Judge William Keith Watkins on 6/29/2017. (dmn, )** Modified on 8/9/2018 (kh, ). (Entered: 06/29/2017) |
| 07/03/2017 | 5 | **[ORDER DISCHARGED PURSUANT TO COURT 8 ORDER.] ORDER directing Plaintiff TO SHOW CAUSE as to why this action should not be dismissed for lack of diversity jurisdiction; specifically, because the citizenship of Defendant Taylor Chandler, LLC, and the amount in controversy are not evidenced. Plaintiff is further ORDERED to clarify the internal claims for relief and whether Taylor Chandler, LLC, is in fact a Defendant to this action by way of filing an amended complaint. It is ORDERED that Plaintiff shall file his amended complaint, which must properly allege all required elements to establish a basis for this Court's jurisdiction, not later than 7/17/2017. Show Cause Response due by 7/17/2017. Signed by Honorable Judge David A. Baker on 7/3/2017. (dmn, )** Modified on 7/25/2017 (dmn, ). (Entered: 07/03/2017) |
| 07/14/2017 | 6 | AMENDED COMPLAINT against All Defendants, filed by Christopher Jarvis. (Attachments: # 1 Exhibit A, Membership Purchase Agreement, # 2 Exhibit B, Promissory Note, # 3 Exhibit C, Employment Agreement, # 4 Exhibit D, Restrictive Covenant, # 5 Exhibit E, AL Secretary of State Record)(Whitney, Jamie) (Entered: 07/14/2017) |
| 07/20/2017 | 7 | Corporate/Conflict Disclosure Statement by Christopher Jarvis. (Whitney, Jamie) (Entered: 07/20/2017) |
| 07/25/2017 | 8 | **ORDER: This matter is before the Court sua sponte. In light of Plaintiffs filing of his Amended Complaint (Doc. 6 ), this courts prior Order to Show Cause (Doc. 5 ) is hereby DISCHARGED. Signed by Honorable Judge David A. Baker on 7/25/2017. (dmn, )** (Entered: 07/25/2017) |
| 07/26/2017 | 9 | NOTICE of Appearance by Royal C Dumas and Leslie H. Pitman on behalf of All Defendants (Dumas, Royal) Modified on 7/28/2017 to include Pitman's appearance as noted on pdf. (dmn, ) (Entered: 07/26/2017) |
| 07/26/2017 | | ***Attorney Leslie H. Pitman added for Norman Chandler, T. Britt Taylor, James R. Johnson, Taylor Chandler, LLC. (dmn, ) (NO PDF, see Doc. 9 for pdf.) (Entered: 07/28/2017) |
| 08/11/2017 | 10 | *Defendants* ANSWER to 1 Complaint, 6 Amended Complaint, with Jury Demand , *Defendants* ANSWER to 1 Complaint, 6 Amended Complaint, , COUNTERCLAIM against Christopher Jarvis by Taylor Chandler, LLC, James R. Johnson, Norman Chandler, T. Britt Taylor.(Dumas, Royal) (Entered: 08/11/2017) |
| 08/14/2017 | 11 | Corporate/Conflict Disclosure Statement by Norman Chandler, James R. Johnson, T. Britt |

| | | |
|---|---|---|
| | | Taylor, Taylor Chandler, LLC. (Dumas, Royal) (Entered: 08/14/2017) |
| 08/31/2017 | 12 | NOTICE of Appearance by Marcus Monte' Maples on behalf of Christopher Jarvis (Maples, Marcus) (Entered: 08/31/2017) |
| 08/31/2017 | 13 | MOTION to Dismiss by Christopher Jarvis. (Maples, Marcus) (Entered: 08/31/2017) |
| 08/31/2017 | 14 | ANSWER to Complaint *and Affirmative Defenses* by Christopher Jarvis.(Maples, Marcus) (Entered: 08/31/2017) |
| 08/31/2017 | 15 | NOTICE by Christopher Jarvis *[Consent Notice of Substitution of Counsel]* (Maples, Marcus) (Entered: 08/31/2017) |
| 08/31/2017 | 16 | Motion for Timothy A. Cleveland to Appear Pro Hac Vice by Christopher Jarvis. (with Exhibit A, Certificate of Good Standing)(Maples, Marcus) Modified on 9/6/2017 to include attorney name requesting appearance. (dmn, ) (Additional attachment(s) added on 9/18/2017: # 1 Correct Certificate of Good Standing) (dmn, ). (Entered: 08/31/2017) |
| 08/31/2017 | | MOTION to Substitute Attorney Marcus M. Maples for Jamie Richards Whitney by Christopher Jarvis. (dmn, ) (NO PDF, see Doc. 15 for pdf.) (Entered: 09/01/2017) |
| 08/31/2017 | | ***Attorney Timothy Cleveland, and Kevin J. Terrazas added Pro Hac Vice for Christopher Jarvis. (dmn, ) (NO PDF, see Doc. 13 for pdf.) (Entered: 09/06/2017) |
| 09/06/2017 | 17 | Pro Hac Vice Filing fee received for Timothy A. Cleveland re 16 Motion: $ 50.00, receipt number 4602046617 (dmn, ) (Entered: 09/06/2017) |
| 09/07/2017 | 18 | **ORDER: This matter is before the Court on the Plaintiff's 15 Motion for Substitution of Counsel. Upon consideration, that motion is GRANTED. Signed by Honorable Judge David A. Baker on 9/7/2017. (dmn, )** (Entered: 09/07/2017) |
| 09/07/2017 | | *** Attorney Jamie Richards Whitney terminated pursuant to 18 Order. (dmn, ) (NO PDF) (Entered: 09/07/2017) |
| 09/19/2017 | 19 | Motion for Kevin James Terrazas Admission Pro Hac Vice by Christopher Jarvis. (Maples, Marcus) Modified on 9/22/2017 to include name requesting appearance. (dmn, ) (Entered: 09/19/2017) |
| 09/21/2017 | 22 | Pro Hac Vice Filing fee received for Kevin James Terrazas re 19 Motion: $ 50.00, receipt number 4602046805 (dmn, ) (Entered: 10/05/2017) |
| 09/22/2017 | 20 | **ORDER that Claimant's 16 Motion for Admission Pro Hac Vice of Timothy A. Cleveland is hereby GRANTED. Signed by Honorable Judge David A. Baker on 9/22/2017. (dmn, )** (Entered: 09/22/2017) |
| 09/22/2017 | 21 | **ORDER: This matter is before the Court on Plaintiff/Counter-Defendant Christopher Jarviss Motion to Dismiss Defendants counter-claims. (Doc. 13 ). It is ORDERED that the Counter Claimants respond to the Motion to Dismiss by 10/13/2017, and that Jarvis file his Reply, if any, within seven days following the filing of the Response. Signed by Honorable Judge David A. Baker on 9/22/2017. (dmn, )** (Entered: 09/22/2017) |
| 10/13/2017 | 23 | RESPONSE to Motion re 13 MOTION to Dismiss filed by Norman Chandler, James R. Johnson, T. Britt Taylor, Taylor Chandler, LLC. (Dumas, Royal) (Entered: 10/13/2017) |
| 10/19/2017 | 24 | REPLY BRIEF re 13 MOTION to Dismiss filed by Christopher Jarvis. (Maples, Marcus) (Entered: 10/19/2017) |
| 10/30/2017 | 25 | **ORDER granting 19 Motion for Leave to Appear Pro Hac Vice. Signed by Honorable Judge David A. Baker on 10/30/2017. (kh, )** (Entered: 10/30/2017) |

EXHIBIT B - Page 7 of 11

| | | |
|---|---|---|
| 02/08/2018 | 26 | JOINT REPORT of Rule 26(f) Planning Meeting. (Dumas, Royal) Modified on 2/9/2018 to clarify the text (kh, ). (Entered: 02/08/2018) |
| 02/12/2018 | 27 | **REPORT AND RECOMMENDATION: for the reasons as stated, it is the RECOMMENDATION of the Magistrate Judge that Plaintiff's motion to dismiss the aforementioned Counter-claims against him (Doc. 10 ) is due to be GRANTED IN PART. As to Defendants' claim of "Breach of Loyalty," that claim is due to be dismissed with prejudice. As to Defendants' claim of Negligence against Plaintiff, that claim is due to be dismissed without prejudice. As to Defendants' claims of Fraud and Suppression, Plaintiff's motion to dismiss is due to be DENIED. Objections to R&R due by 2/27/2018. Signed by Honorable Judge David A. Baker on 2/12/2018. (kh, )** (Entered: 02/12/2018) |
| 03/13/2018 | 28 | **UNIFORM SCHEDULING ORDER: Final Pretrial Conference set for 9/5/2019, 10:00 AM, in CR 2B, before Chief Judge William Keith Watkins; Jury Trial set for 11/4/2019, in Montgomery, Alabama, before Chief Judge William Keith Watkins; Dispositive Motions due by 3/8/2019; Mediation Notice due by 2/11/2019; Amended Pleadings due by 5/29/2018; Discovery due by 2/6/2019, as further set out in order. Signed by Honorable Judge David A. Baker on 3/13/2018. (furn: calendar, ar) (kh, )** (Entered: 03/13/2018) |
| 03/26/2018 | | NO OBJECTION filed to 27 Recommendation of the Magistrate Judge. (dmn, ) (NO PDF) (Entered: 03/26/2018) |
| 04/17/2018 | 29 | **ORDERED that the Recommendation (Doc. # 27 ) is ADOPTED. Accordingly, it is ORDERED as follows: 1. Counterclaim Defendant Christopher Jarvis's motion to dismiss (Doc. # 13 ) is GRANTED IN PART as to (1) Counterclaimants' breach of loyalty1 claim (Count VI), which is dismissed with prejudice, and (2) Counterclaimant's negligence claim (Count V), which is dismissed without prejudice. In all other respects, Counterclaim Defendant Christopher Jarvis's motion to dismiss (Doc. # 13 ) is DENIED. 2. This action is referred back to the Magistrate Judge for additional proceedings. Signed by Chief Judge William Keith Watkins on 4/17/2018. (kh, )** (Entered: 04/17/2018) |
| 05/02/2018 | 30 | MOTION to Quash *Subpoena* by Master Corporation CIC. (Attachments: # 1 Exh. A, # 2 Exh. B, # 3 Exh. C)(Hill, Charles) (Entered: 05/02/2018) |
| 05/15/2018 | 31 | RESPONSE to Motion re 30 MOTION to Quash *Subpoena Issued to Master Corporation CIC* filed by Norman Chandler, James R. Johnson, T. Britt Taylor, Taylor Chandler, LLC. (Dumas, Royal) (Entered: 05/15/2018) |
| 05/15/2018 | 32 | **ORDER: This matter comes before the Court on the motion of non-party Master orporation CIC to quash the subpoena issued to it by Defendants. (Doc. 30 ). Upon consideration, the parties are ORDERED to file their respective responses to the motion not later than May 29, 2018. It is hereby ORDERED that for all future motions in this case, the parties are to confer in good faith to resolve any disputes, to stipulate to points of agreement and narrow any remaining issues, and to indicate whether the motion is opposed or agreed to. Responses to motions shall be due fourteen days after the filing of the motion, and any reply to the response within seven days of the filing of the response. Signed by Honorable Judge David A. Baker on 5/15/2018. (kh, )** (Entered: 05/15/2018) |
| 05/16/2018 | 33 | **ORDER: Upon consideration, Master Corporation CIC's Non-Party Motion to Quash Subpoena (Doc. 30 ) is denied as moot based on the representation of Defendants that the subpoena is withdrawn. Signed by Honorable Judge David A. Baker on 5/16/2018. (kh, )** (Entered: 05/16/2018) |

| | | |
|---|---|---|
| 05/29/2018 | 34 | Amended COUNTERCLAIM against Christopher Jarvis, filed by Norman Chandler, T. Britt Taylor, Taylor Chandler, LLC, James R. Johnson.(Dumas, Royal) (Entered: 05/29/2018) |
| 06/12/2018 | 35 | *Plaintiff/Counter-Defendant Christopher Jarvis's* ANSWER to 34 Counterclaim *Defendant's Amended Counterclaim* by Christopher Jarvis.(Maples, Marcus) (Entered: 06/12/2018) |
| 08/09/2018 | 36 | **TEXT ORDER vacating the 4 Order Reassigning and Referring Case. Signed by Chief Judge William Keith Watkins on 8/9/2018. (No pdf attached to this entry).(kh, )** (Entered: 08/09/2018) |
| 08/10/2018 | 37 | Case Reassigned to Honorable Judge Emily C. Marks as presiding judge and Honorable Judge Gray M. Borden as referral judge. Chief Judge William Keith Watkins and Honorable Judge David A. Baker no longer assigned to the case. (kh, ) (Entered: 08/10/2018) |
| 10/01/2018 | 38 | MOTION to Compel *Discovery Responses* by Christopher Jarvis. (Attachments: # 1 Exhibit 1-Declaration of Timothy Cleveland)(Maples, Marcus) (Entered: 10/01/2018) |
| 10/02/2018 | 39 | **ORDER: Pending before the court is Plaintiff's Motion to Compel Discovery Responses. Doc. 38 . It is ORDERED that on or before October 12, 2018 Defendants shall show cause, if any exists, as to why the motion (Doc. 38 ) should not be granted. Signed by Honorable Judge Gray M. Borden on 10/2/2018. (kh, )** (Entered: 10/02/2018) |
| 10/10/2018 | 40 | Response to Order re 39 Order to Show Cause, *Unopposed Motion to Continue* by Norman Chandler, James R. Johnson, T. Britt Taylor, Taylor Chandler, LLC. (Dumas, Royal) (Entered: 10/10/2018) |
| 10/10/2018 | | Unopposed MOTION to Continue by Norman Chandler, James R. Johnson, T. Britt Taylor, Taylor Chandler, LLC. (no pdf document attached to this entry - see docket entry [40} for pdf)(kh, ) (Entered: 10/11/2018) |
| 10/11/2018 | 41 | **TEXT ORDER granting 40 Unopposed Motion to Continue. Defendant's response due on or before 10/19/2018. Signed by Honorable Judge Gray M. Borden on 10/11/2018. (no pdf document attached to this entry)(kh, )** (Entered: 10/11/2018) |
| 10/15/2018 | 42 | Joint MOTION for Protective Order by Norman Chandler, James R. Johnson, T. Britt Taylor, Taylor Chandler, LLC. (Attachments: # 1 Text of Proposed Order Protective Order)(Dumas, Royal) Modified on 10/15/2018 to add as filed on behalf of the plaintiff.(kh, ). (Entered: 10/15/2018) |
| 10/16/2018 | 43 | **ORDERED that the motion (Doc. 42 ) is GRANTED. The proposed protective order will be entered separately. Signed by Honorable Judge Gray M. Borden on 10/16/2018. (kh, )** (Entered: 10/16/2018) |
| 10/16/2018 | 44 | **PROTECTIVE ORDER, as further set out in order. Signed by Honorable Judge Gray M. Borden on 10/16/2018. (kh, )** (Entered: 10/16/2018) |
| 10/19/2018 | 45 | RESPONSE to Motion re 38 MOTION to Compel *Discovery Responses and Court's Order to Show Cause* filed by Norman Chandler, James R. Johnson, T. Britt Taylor, Taylor Chandler, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Dumas, Royal) (Entered: 10/19/2018) |
| 10/23/2018 | 46 | RESPONSE in Support re 38 MOTION to Compel *Discovery Responses* filed by Christopher Jarvis. (Maples, Marcus) (Entered: 10/23/2018) |
| 10/25/2018 | 47 | **TEXT ORDER: For good cause, it is ORDERED that the Motion to Compel (Doc. 38** |

| | | |
|---|---|---|
| | | ) is set for a hearing by telephone on November 6, 2018 at 2:00 p.m. The parties are directed to call (877) 336-1831 no later than five minutes before the start of the call and enter access code 5328913. If the parties encounter technical problems connecting to the call, please contact chambers directly. Signed by Honorable Judge Gray M. Borden on 10/25/2018. (furn: cb, calendar)(kh, ) (Entered: 10/25/2018) |
| 10/30/2018 | 48 | MOTION to Continue *[Unopposed]* Hearing on Plaintiff's Motion to Compel Discovery by Christopher Jarvis. (Maples, Marcus) (Entered: 10/30/2018) |
| 10/31/2018 | 49 | **TEXT ORDER granting 48 Unopposed Motion to Continue Hearing on Plaintiff's Motion to Compel Discovery; 38 Motion Hearing reset for 11/20/2018, 10:00 AM, by telephone. Signed by Honorable Judge Gray M. Borden on 10/31/2018. (furn: calendar, cb) (no pdf document attached to this entry)**(kh, ) (Entered: 10/31/2018) |
| 11/16/2018 | 50 | Joint MOTION for Extension of Time to Complete Discovery by Christopher Jarvis , TaylorChandler, LLC, T. Britt Taylor, Norman Chandler, and James R. Johnson. (Maples, Marcus) Modified on 11/20/2018 to add as filed on behalf of additional parties (kh, ). (Entered: 11/16/2018) |
| 11/16/2018 | 51 | MOTION to Continue by Norman Chandler, James R. Johnson, T. Britt Taylor, Taylor Chandler, LLC. (Dumas, Royal) (Entered: 11/16/2018) |
| 11/19/2018 | 52 | **ORDER: For good cause, it is ORDERED that Motion to Continue (Doc. 51 ) is GRANTED. The telephone hearing previously set for November 20, 2018 is CONTINUED to December 18, 2018 at 10:00 a.m. The parties are directed to call (877) 336-1831 no later than five minutes before the start of the call and enter access code 5328913. If the parties encounter technical problems connecting to the call, please contact chambers directly. Signed by Honorable Judge Gray M. Borden on 11/19/2018. (furn: calendar, cb)**(kh, ) (Entered: 11/19/2018) |
| 11/28/2018 | 53 | **ORDERED that the motion extend discovery deadlines (doc. # 50 ) be and is hereby GRANTED. It is further ORDERED as follows: The pretrial conference presently scheduled for September 5, 2019 be and is hereby RESET to January 16, 2020 at 11:30 a.m. in the chambers of the undersigned in the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama. This cause is presently set for jury selection and trial during the term of court commencing on November 4, 2019 be and is hereby RESET to the trial term commencing on March 2, 2020 at 10:00 a.m. in Montgomery, Alabama. Motions due by 5/7/2019; Mediation Notice due by 4/13/2019; Discovery due by 4/8/2019, as further set out in order. Signed by Honorable Judge Emily C. Marks on 11/28/2018. (furn: ws, calendar)**(kh, ) (Entered: 11/28/2018) |
| 12/17/2018 | 54 | NOTICE by Christopher Jarvis re 38 MOTION to Compel *Discovery Responses [Plaintiff's Supplemental Notice in Support of His Motion to Compel Discovery]* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Maples, Marcus) (Entered: 12/17/2018) |
| 12/18/2018 | 55 | **ORDER granting in part and denying in part 38 Motion to Compel Discovery, as further set out in order. Signed by Honorable Judge Gray M. Borden on 12/18/2018.** (kh, ) (Entered: 12/18/2018) |
| 12/18/2018 | 56 | Minute Entry for Motion Hearing held re 38 Motion to Compel before Honorable Judge Gray M. Borden held on 12/18/2018 (NO PDF attached to this entry) (Recording Time 10:00-10:50.) (cb, ) (Entered: 12/18/2018) |

**PACER Service Center**

EXHIBIT B - Page 10 of 11

| **Transaction Receipt** | | | |
|---|---|---|---|
| 01/18/2019 11:00:55 | | | |
| **PACER Login:** | ClevelandTerrazas:4864351:0 | **Client Code:** | Jarvis |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-00396-ECM-GMB |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |